UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BABYLON PAPER PRODUCTS, LLC, et al.

        Plaintiff,

v.

DEPARTMENT OF HOMELAND SECURITY, et al.

        Defendants.

_____/

Case No. 04-74586

DISTRICT JUDGE
ARTHUR J. TARNOW

## **ORDER DISMISSING CASE WITHOUT PREJUDICE**

The parties having stipulated to the entry of an order dismissing Plaintiff's claims without prejudice, and the Court being otherwise advised,

IT IS HEREBY ORDERED that Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE and with each side bearing its own costs and attorney fees.

SO ORDERED.

Date: February 14, 2006

s/Arthur J. Tarnow
Arthur J. Tarnow
United States District Judge